# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CHARLES THOMAS REISSER JR., | : | No. 786 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LOUIS S. FOLINO, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.


    Mr. Justice Eakin did not participate in the decision of this matter.